**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH LODUCA,                                    :    No. 84 MM 2023
                                                  :
                          Petitioner              :
                                                  :
                                                  :
                                                  :
                v.                                :
                                                  :
                                                  :
                                                  :
LORI HACKENBERG, P.J., SNYDER                     :
COUNTY,                                           :
                                                  :
                          Respondent              :

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus or Prohibition and the Application for Leave to File Response are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.